UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

IN RE INPHONIC, INC., WIRELESS  )     Misc. Action No. 06-0507 (ESH)
PHONE REBATE LITIGATION     )
    )     MDL Docket No. 1792
    )
This Document Relates To:     )
    )
Yu, et al. v. InPhonic, Inc.,     )
No. 1:06-CV-0951     )
    )

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that Jonathan W. Cuneo, Esq. hereby substitutes his

appearance on the Master Docket for that of Steven N. Berk, Esq., on behalf of plaintiff

Hongyi Yu.

Date:    Washington, D.C.
        January 26, 2007

                  Cuneo Gilbert & LaDuca, LLP

By: _____
        Jonathan W. Cuneo, Esquire
        Bar Roll No. 939389
        507 C. Street, N.E.
        Washington, D.C. 20002
        202-789-3960

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc. Action No. 06-0507 (ESH)<br><br>MDL Docket No. 1792 |
| This Document Relates To:<br><br>Yu, et al. v. InPhonic, Inc.,<br>No. 1:06-CV-0951 | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, a copy of the foregoing Notice of Substitution was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on January 26, 2007, a true and correct copy of the foregoing was served by first class mail upon:

Jon R. Climaco, Esquire
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
1220 Huron Road
Suite 1000
Cleveland, OH 44115

David P. Meyer, Esquire
Patrick G. Warner, Esquire
David P. Meyer & Associates Co.
401 North Front Street
Sui9te 350 Columbus, OH 43215

William F. Mahoney, Esquire
Segal, McCambridge, Singer & Mahoney, LTD
330 North Wabash Avenue
Suite 200
Chicago, IL 60611

Khalid A. ElHassan, Esquire
Eichen, Levinson & Crutchlow LLP
40 Ethel Road
Edison, NJ 08817

Juden Justice Reed, Esquire
Schubert & Reed, LLP
3 Embarcadero Center
Suite 1650
San Francisco, CA 94111

David C. Jacobson, Esquire
Sonnenschein Nath & Rosenthal, LLP
8000 Sears Tower
Chicago, IL 60606

Dated: January 26, 2007
Washington, D.C.

Jonathan W. Cuneo, Esq.