UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE INPHONIC, INC., WIRELESS
PHONE REBATE LITIGATION

Misc. Action No. 06-0507 (ESH)
MDL Docket No. 1792

This Document Relates To:
ALL CASES

## NOTICE OF SUBSTITUTION OF COUNSEL FOR
## DEFENDANT, CONTINENTAL PROMOTION GROUP, INC.

Defendant, Continental Promotion Group, Inc. ("Continental"), gives notice of the

substitution of C. Philip Campbell, Jr. and the law firm Shumaker, Loop & Kendrick, LLP, for

David C. Jacobson and the law firm Sonnenschein, Nath & Rosenthal, LLP, as attorneys for

Continental before Judge Huvelle.

Continental requests that David C. Jacobson and Sonnenschein, Nath & Rosenthal, LLP,

be removed from the service list in this litigation.

Respectfully submitted,

SHUMAKER, LOOP & KENDRICK, LLP

By: _____
C. Philip Campbell, Jr.
Florida Bar No. 160973
101 East Kennedy Boulevard, Suite 2800
Tampa, Florida 33602-5151
Telephone: (813) 229-7600
Facsimile: (813) 229-1660
pcampbell@slk-law.com
Attorneys for Continental Promotion Group, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __12__ day of February, 2007, the foregoing has been

electronically filed with the Clerk of Court using the CM/ECF system, which will send notice to

the following:

| **ATTORNEY – FIRM** | **REPRESENTED PARTY(S)** |
|---|---|
| Steven A. Hart, Esq.<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>330 N. Wabash Avenue, Suite 200<br>Chicago, IL 60611<br>shart@smsm.com | Co-Lead and Liaison Counsel for<br>Plaintiffs |
| Kevin P. Roddy, Esq.<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, NJ 07095<br>kroddy@wilentz.com | |
| Mitchell R. Berger<br>Patton Boggs LLP<br>2550 M Street, N.W.<br>Washington, DC 20037<br>mberger@pattonboggs.com | Attorneys for Defendant InPhonic,<br>Inc. |

and by U.S. Mail to:

John R. Climaco, Esq.
Climaco, Lefkowitz, Peca, Wilcox
& Garofoli Co, LPA
1220 Huron Road, Suite 1000
Cleveland, OH 44115

_____
ATTORNEY