Steven A. Hart, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500
233 S. Wacker Drive
Chicago, IL 60606
Telephone:    (312) 645-7920
Facsimile:     (312) 645-7711
**Counsel for Plaintiff and the Class**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION ) ) ) | Misc. Action No. 06-0507 (ESH) |
| This Document Relates To: ) ) | MDL Docket No. 1792 |
| ALL CASES ) ) | |

I, Renee M. Cobbs, declare:

I am a citizen of the United States and employed in Chicago, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address if Sears Tower, Suite 5500, 233 S. Wacker Drive, Chicago, Illinois 60606. On March 4, 2008, I served a copy of the document entitled PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT, via Electronic Filing, upon the following counsel of record:

| **COUNSEL FOR INPHONIC, INC.** | **LOCAL COUNSEL FOR INPHONIC, INC.** |
|---|---|
| Mitchell R. Berger | Jason J. Green |
| Patton Boggs, LLP | Tabet, DiVito & Rothstein, LLC |
| 2550 M Street, NW | 209 South LaSalle Street, 7th Floor |
| Washington, DC 20037-1350 | Chicago, Illinois 60604 |
| mberger@pattonboggs.com | (312) 762-9450 |

**COUNSEL FOR CONTINENTAL PROMOTION GROUP, INC.**
David C. Jacobson
John I. Grossbart
Katharine E. Stanton
Sonnenschein Nath & Rosenthal, LLP
8000 Sears Tower
Chicago, Illinois 60606

**COUNSEL FOR CONTINENTAL PROMOTION GROUP, INC.**
Scott J. Stein
Sonnenschein Nath & Rosenthal, LLP
2398 East Camelback Rd., Ste. 1060
Phoenix, AZ 85016

**COUNSEL FOR PLAINTIFF EDWIN DAVIS**
John A. Peca
Keith T. Vernon
John R. Climaco
Joseph P. Fegen
P. Wesley Lambert
Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.
888 16th Street, NW, Suite 800
Washington, D.C. 20006

**COUNSEL FOR PLAINTIFF EDWIN DAVIS**
David P. Meyer
Patrick G. Warner
David P. Meyer & Associates Co., L.P.A.
401 N. Front Street, Suite 350
Columbus, Ohio 43215

**COUNSEL FOR PLAINTIFFS HONGYI YU and BARBARA McGIVNEY**
Steven N. Beck
Jonathan W. Cuneo
Cuneo, Gilbert & Laduca, LLP
507 C Street, NE
Washington, D.C., 20002

Knoll Lowney
Smith & Lowney
2317 E. John Street
Seattle, WA 98112

Kevin P. Roddy
Jennifer Sarnelli
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095

**COUNSEL FOR PLAINTIFFS PAUL ROCK and MARY KAZMARCK**
Barry R. Eichen
Eichen, Levinson & Crutchlow, LLP
40 Ethel Road
Edison, NJ 08817

**COUNSEL FOR PLAINTIFFS WALTER COVER and LUIS MORALES and JOSHUA PEVNICK**
Stephen M. Garcia
Sarina M. Hinson
The Garcia Law Firm
One World Trade Center, Suite 1950
Long Beach, CA 90831

**COUNSEL FOR PLAINTIFF MELINDA ROQUEMORE**
Patrick J. McGroder, III
Robert W. Boatman
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, AZ 85016

**COUNSEL FOR PLAINTIFF LUIS MORALES and SHELLY SALZMAN**
Bruce L. Simon
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010

| | |
|---|---|
| **COUNSEL FOR PLAINTIFF SHELLY SALZMAN**<br>Mark P. Friedlander, Jr.<br>Friedlander, Friedlander & Earman, PC<br>1364 Beverly Rd., Ste. 201<br>McLean, VA  22101 | **COUNSEL FOR STANLEY J. HELLER**<br>Oren Giskan<br>Catherine Anderson<br>Giskan & Solotaroff<br>207 West 25th Street<br>4th Floor<br>New York, NY  10001 |
| **COUNSEL FOR PLAINTIFF SHELLY SALZMAN**<br>Harvey Rosenfield<br>Pamela Pressley<br>Foundation for Taxpayer and Consumer Rights<br>1750 Ocean Boulevard, Ste. 200<br>Santa Monica, CA  90405 | **COUNSEL FOR STANLEY J. HELLER**<br>Daniel Lynch<br>Law Offices of Daniel Lynch<br>150 South Wacker Drive<br>Suite 2600<br>Chicago, IL  60606 |
| **COUNSEL FOR JONATHAN FELDMAN**<br>Larry Jay Crown<br>Jennings Haug & Cunningham LLP<br>2800 North Central Ave., Ste. 1800<br>Phoenix, AZ  85004 | **COUNSEL FOR BARRY R. FRIEDRICH and MANDY FRIEDRICH**<br>Clifford H. Pearson<br>Gary S. Soter<br>Daniel L. Warshaw<br>Pearson, Soter, Warshaw & Penny LLP<br>15165 Ventura Boulevard, Ste. 400<br>Sherman Oaks, CA  91403 |
| **COUNSEL FOR STANLEY J. HELLER**<br>Gary E. Mason<br>The Mason Law Firm, PC<br>1225 19th Street, NW<br>Suite 500<br>Washington, DC  20036 | **COUNSEL FOR IONA WORKMAN**<br>Eric A. Eisen<br>Eisen & Shapiro<br>10028 Woodhill Road<br>Bethesda, MD  20817 |
| | **COUNSEL FOR IONA WORKMAN**<br>Lewis Kahn<br>Kevin Oufnac<br>Kahn Gauthier Swick, LLC<br>650 Poydras St., Ste. 2150<br>New Orleans, LA  70130 |